AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CM_____
DEPUTY

| | |
|---|---|
| United States of America v. Laura Estefani Torres-Alvarez XXX XXX 690 *Defendant(s)* | Case No. **SA:25-MJ-191** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 7, 2025** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry<br>Penalties: Maximum Penalties: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

MICHAEL N DRYJA
Digitally signed by MICHAEL N DRYJA
Date: 2025.02.07 08:45:45 -06'00'

*Complainant's signature*

Michael Dryja, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 10, 2025

City and state: San Antonio, Texas

Honorable Richard B. Farrer, U.S. Magistrate Judge

*Printed name and title*

<u>AFFIDAVIT</u>

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Michael Dryja and I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and with whom I have been employed since January 3, 1999. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On February 7, 2025, ICE Officers conducted surveillance on the suspected address (hereafter "Target Address") of "JE" in San Antonio, Texas, within the western District of Texas. ICE ERO Officers observed "JE", and two unknown females exit an apartment and enter a vehicle. "JE" entered the vehicles driver's seat.

ICE ERO officers followed the vehicle and performed a vehicle stop near the intersection of Fredericksburg Road and De Chantel Road in San Antonio, Texas within the Western District of Texas. Officers made a positive identification of and arrested "JE". ICE Officers asked both females whether they were lawfully present in the United States.

When asked, Laura Estefani Torres-Alvarez (hereafter TORRES), a passenger in the vehicle, replied no. ICE Officers asked TORRES whether she possessed identification, TORRES presented ICE Officers a Mexican identification card, ICE Officers conducted immigration checks and determined she had been removed from the United States to Mexico on two occasions. TORRES was arrested and transported to the ICE ERO Resident Office for processing without incident.

At the ICE ERO office, TORRES fingerprints were enrolled and submitted through immigration and FBI databases which verified her identity. The databases also revealed that TORRES is a citizen or national of Mexico with assigned Alien Registration Number AXX XXX 690. A review of the Alien Registration File for AXX XXX 690 revealed that TORRES was an alien previously removed from the United States to Mexico on or about October 14, 2023.

Immigration databases also revealed that TORRES has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after removal.

The defendant was advised about her right to a consular notification and the Consulate of Mexico was notified about TORRES's arrest on February 7, 2025.

MICHAEL N DRYJA
Digitally signed by MICHAEL N DRYJA
Date: 2025.02.07 13:25:52 -06'00'

_____
Michael Dryja
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 10th day of February 2025.

_____
United States Magistrate Judge
Honorable Richard B. Farrer